UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>$99,850.00 FUNDS SEIZED FROM NEW CITY, INC., HSBC BANK ACCOUNT NUMBER XXXXX4781,<br><br>**Defendant.** | CIVIL NO. 11- |

**<u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>**

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, Rosa E. Rodríguez-Vélez, United States Attorney for the District of Puerto Rico; Myriam Y. Fernández-González, Assistant United States Attorney, Chief of the Money Laundering and Asset Forfeiture Unit and Maritza González-Rivera, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

NATURE OF THE ACTION

1. This is a civil action <u>in rem</u> brought to enforce the provisions of Title 18, <u>United States Code</u>, Sections 1956(A)(i), (B)(i) and (ii), and Title 18, <u>United States Code,</u> Sections 981(a)(1)(A) and 981(c), and Title 21, <u>United States Code</u>, Section 881(a)(6).

THE DEFENDANT <u>IN REM</u>

2. The defendant bank account seized by a special agent of the United States Drug

1

Enforcement Administration ("DEA"), consist of the above captioned bank account, which is fully described in the unsworn declaration attached to this complaint as Exhibit "A".

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States pursuant to Title 28, United States Code, Section 1345, and over an action for forfeiture pursuant to Title 28, United States Code, Sections, 1355(b)(1)(A) and (d).

4. This Court has in rem jurisdiction over the Defendant bank account pursuant to Title 28, United States Code, Section 1355(b)(1)(A) and (d) in that this "forfeiture action or proceeding may be brought in the district court for the district in which any of the acts or omissions giving rise to the forfeiture occurred and ...any court with jurisdiction over a forfeiture action pursuant to subsection (b) may issue and cause to be served in any district such process as may be required to bring before the court the property that is the subject of the forfeiture action."

5. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1)(A) and (d) because acts and omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

6. The defendant bank account is forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 981(c), and Title 21, United States Code, Section 881(a)(6) in violation of Title 18, United States Code, Sections 1956(A)(i), (B)(i) and (ii), (Laundering of monetary instruments) (currency involved in the transactions was acquired with proceeds of drug trafficking and that the transactions were designed to promote the carrying of a specified unlawful activity or knowing that the transactions were designed to conceal or disguise the nature, location, the source, the ownership or the control of the proceeds of the specified unlawful activity).

FACTS

7.      The facts and circumstances supporting the seizure and forfeiture of the Defendant bank account is contained in the Title 28, United States Code, Section 1746 unsworn declaration of the United States Department of Justice, Drug Enforcement Administration ("DEA"), Special Agent, Jason Staab, attached hereto as Exhibit "A", and incorporated herein as if fully stated.

CLAIM FOR RELIEF

WHEREFORE, THE United States of America prays that a warrant of arrest for the defendant bank account be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant bank account condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this __14__ th of __September__ 2011.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

_____
Myriam Y. Fernández-González
Assistant U.S. Attorney
Chief, Money Laundering and
Asset Forfeiture Unit
USDC # 218011
# 350 Carlos Chardón Street
Torre Chardón Street
Hato Rey, Puerto Rico 00918
Tel. (787) 766-5656 Fax. (787) 771-4050
Myriam.y.fernandez@usdoj.gov

_____
Maritza González
Assistant U.S. Attorney
USDC # 208801
# 350 Carlos Chardón Street
Torre Chardón Street
Hato Rey, Puerto Rico 00918
Tel. (787 766-5656; Fax. (787) 771 4050
maritza.gonzalez@usdoj.gov

## VERIFIED DECLARATION

I, Maritza González-Rivera, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the United States Drug Enforcement Administration ("DEA"); that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 14th day of September, 2011.

_____
Maritza González-Rivera
Assistant U.S. Attorney

## VERIFIED DECLARATION

I, Jason Staab-Peters, Special Agent the United States Drug Enforcement Administration ("DEA"), hereby declare as provided by Title 28, United States Code, Section 1746, the following:

We have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and we find the same to be true and correct to the best of my knowledge and belief. We declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 14th day of September, 2011.

_____
Jason Stabb-Peters, Special Agent
Drug Enforcement Administration ("DEA")